UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WALL STREET ENTERTAINMENT, LLC,

                Plaintiff,

-against-

BUVISION, LLC, and UNIVERSAL MUSIC GROUP, INC.,

                Defendants.
----------------------------------------X

Civil Action No.

13 Civ. 1265 (LAK)

**STIPULATION OF DISMISSAL**

RECEIVED JUL 26 2013 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 29 2013

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff Wall Street Entertainment, LLC and UMG Recordings, Inc. (incorrectly named herein as "Universal Music Group, Inc.") ("UMG"), that the above-entitled action be and the same is hereby dismissed with prejudice as against UMG, without costs to any party against the other.

July 23, 2013

WALL STREET ENTERTAINMENT LLC

_____
Sandy A. Roberts, Esq. (SR-____)
The Roberts Law Group, PLLC
1029 Vermont Ave, NW, Suite 300
Washington, D.C. 20005
(202) 347-9700 (Phone)
(202) 347-5225 (Fax)
*Attorneys for Plaintiff*

UMG RECORDINGS, INC.

_____
Carla M. Miller, Esq. (CM-3534)
1755 Broadway, 4th Floor
New York, New York 10019
(212) 331-2564 (Phone)
(212) 331-2583 (Fax)
*Attorney for Defendant Universal Music Group, Inc.*

SO ORDERED:

_____
U.S.D.J.

7/29/13