UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WALL STREET ENTERTAINMENT, LLC,

                Plaintiff,

           -against-                              13-cv-1265 (LAK)

BuVISION, LLC, et al.,

                Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Plaintiff's motion for summary judgment and other relief [DI 26] is granted to the extent that plaintiff is entitled to partial summary judgment determining that defendant BuVision, LLC ("BuVision")[1] is liable to plaintiff for breach of the parties' Co-Publishing Agreement and otherwise denied. In addition, plaintiff shall have judgment against BuVision for the sum of $3,000.50 as sanctions for the failure of BuVision's principal to attend the June 19, 2014 settlement conference. The foregoing is for substantially the reasons set forth in the report and recommendation of Magistrate Judge James C. Francis IV to which no objections have been filed.

        The parties shall appear before the undersigned on November 25, 2014 at 2 p.m. for a final pretrial conference with respect to the damages trial.

        SO ORDERED.

Dated:       November 19, 2014

                                                Lewis A. Kaplan
                                          United States District Judge

---

[1] The action has been concluded as to the other defendant.